Certificate Number: 05781-TXS-DE-041611266

Bankruptcy Case Number: 21-33020

05781-TXS-DE-041611266

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 28, 2026, at 10:55 o'clock AM PDT, Deisy Diaz completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Texas.

Date: October 28, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President